**ROBERT A. RYAN, JR., County Counsel**
**James G. Wright, Deputy County Counsel**
**[State Bar No. 051862]**
**COUNTY OF SACRAMENTO**
**700 H Street, Suite 2650**
**Sacramento, CA  95814**
**Telephone:  (916) 874-5561**
**Facsimile:  (916) 874-8207**
**E-mail:  wrightja@saccounty.net**
**File No.:  082.06A**

Attorneys for County of Sacramento

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ANNA WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>    Defendants. | Case No. 94-0772  WBS JFM<br><br>**RENEWED JUDGMENT** |

On September 16, 1996, this Court gave judgment against Lee Anna Wright and in favor of County of Sacramento in the amount of $4,025.95.

Judgment creditor County of Sacramento applied to the court on March 24, 2006, to renew the judgment, with costs and interest as provided by statute.

Judgment creditor's application to renew the judgment was served on judgment debtor Lee Anna Wright on March 24, 2006, by U.S. mail addressed to 7562 52nd Avenue, Sacramento, CA 95828

Judgment debtor has not filed an objection to renewal of the judgment with this court.

Based on the forgoing facts this Court enters a renewed judgment in the amount of $4,654.95.

Dated:  April 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RENEWED JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

I, Susan J. Kilpatrick, declare:

I am over the age of 18 years, and not a party to the above-entitled action. I am employed in the County of Sacramento and my business address is 700 H Street, Suite 2650, Sacramento, California, 95814.

On _____, I served a copy of the following document(s): **[PROPOSED] RENEWED JUDGMENT** on interested parties in this action by:

__  **mail** by enclosing a true copy in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. I am readily familiar with the business practices of the Office of the Sacramento County Counsel for collection and processing of correspondence for mailing with the United States Postal Service, and correspondence so collected and processed is deposited with the United States Postal Service on the same date in the ordinary course of business.

LEE ANNA WRIGHT
7561 - 52ND AVENUE
SACRAMENTO, CA 95828

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on _____. at Sacramento, California.

_____
Susan J. Kilpatrick

PDF created with pdfFactory trial version www.pdffactory.com

w:\litigate\drr\2006\wright.082.06a\propjdgmt06.doc

-3-

RENEWED JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com